1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | 07-SW-00169 SMS |
| --- | --- |
| | 07-SW-00167 SMS |
| 8200 Stockdale Highway, #K4 | 07-SW-00174 SMS |
| Bakersfield, California 93311 | 07-SW-00173 SMS |
| | 07-SW-00172 SMS |
| 3700 Gosford Road, Suite C | 07-SW-00179 SMS |
| Bakersfield, California 93309 | 07-SW-00178 SMS |
| | 07-SW-00168 SMS |
| 12504 Crown Crest Drive | 07-SW-00171 SMS |
| Bakersfield, California 93311 | 07-SW-00175 SMS |
| | 07-SW-00176 SMS |
| 10509 New Quay Court | 07-SW-00177 SMS |
| Bakersfield, California 93311 | |
| | ORDER TO UNSEAL SEARCH WARRANT |
| 12716 Crown Crest Drive | AFFIDAVIT AND WARRANTS |
| Bakersfield, California 93311 | |
| 5208 Glacier Canyon Court | |
| Bakersfield, California 93313 | |
| 12403 Crown Crest Drive | |
| Bakersfield, California 93311 | |
| 11503 Walderi Street | |
| Bakersfield, California 93311 | |
| 11713 Covent Gardens Drive | |
| Bakersfield, California 93311 | |
| 4500 California Avenue, Ste 209 | |
| Bakersfield, California 93309 | |
| 12004 Bedfordshire Drive | |
| Bakersfield, California 93311 | |
| 11911 Crockett Court | |
| Bakersfield, California | |
| 10800 Strattong Court | |
| Bakersfield, California | |

1

1  The search warrant affidavit in this case having been sealed
2  by Order of its Court on September 11, 2007, and it appearing that
3  the affidavit and warrant are not required to remain secret based
4  upon the motion submitted by the government,
5     IT IS HEREBY ORDERED that the search warrant affidavits and
6  warrants be unsealed and made public record.

DATED: Aug. 10, 2011

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER